D. T. Smiley, Appellant, v. Samuel Carson, Appellee.

Gen. No. 10,019.

Heard in this court at the February term, 1945; opinion filed May 28, 1945; released for publication June 18, 1945. D. T. Smiley, *pro se;* Samuel Garson, *pro se.* Opinion by JUSTICE HUFFMAN. Not to be published in full.